# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 08-27947 |
| | ) |
| NICHOLSON, DANIEL F. | ) Chapter 7 |
| NICHOLSON, MADELEINE Z. | ) |
| | ) Hon. Manual Barbosa |
| Debtors. | ) |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At:  100 S. 3rd Street, Room 140, Geneva, IL  60134

    On:    December 17, 2009        Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     15,158.97 |
    | Disbursements | $          0.00 |
    | Net Cash Available for Distribution | $     15,158.97 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as

Page 1

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 2,265.90 | $ 59.85 |
| Attn'y for Trustee, Roy Safanda | $ -0- | $ 666.25 | $ -0- |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ __-0-__ , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be __-0-__ %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7. Claims of general unsecured creditors totaling $ 35,270.28 have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be __34.5__ %.

Allowed general unsecured claims are as follows:

Claim                                    Allowed                          Proposed

Page 2

| Number | Claimant | Amount of Claim | Payment |
|---|---|---:|---:|
| 002 | CHASE BANK | 2,979.03 | 1,027.66 |
| 003 | CHASE BANK | 21,401.23 | 7,382.65 |
| 004 | SALLIE MAE | 10,890.02 | 3,756.66 |
|  |  | $35,270.28 | $12,166.97 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____                For the Court,

                                       By: _____
                                       Kenneth S. Gardner
                                       Clerk of the U.S. Bankruptcy Court
                                       219 S. Dearborn Street, 7th Floor
                                       Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps              Page 1 of 1              Date Rcvd: Nov 06, 2009
Case: 08-27947                Form ID: pdf006          Total Noticed: 16

The following entities were noticed by first class mail on Nov 08, 2009.
db/jdb         +Daniel F. Nicholson,   Madeleine Z. Nicholson,   928 Viewpointe Drive,
                 Saint Charles, IL 60174-4184
aty            +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty            +John A Reed,   John A Reed Ltd,   63 W Jefferson St   #200,   Joliet, IL 60432-4335
tr             +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
12997193       +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14349720        CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12725724        Capital One Services,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
12725725       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12725726        Citibank,   P.O. Box 6000,   The Lakes, NV 89163-6000
12994397       +Dr Carey Dachman,   Pain Therapy Associates Ltd,   455 Roselle Road #104,
                 Schaumburg, IL 60193-2966
12725727       +Kane County Treasurer's Office,   P.O. Box 4025,   Geneva, IL 60134-4025
12994399       +Millenium Credit Consultants,   POB 18160,   West St Paul, MN 55118-0160
12994398       +Pain Therapy Associates Ltd,   POB 4463,   Rockford, IL 61110-0963
13475676       +Sallie Mae,   c/o Sallie Mae Inc,   220 Lasley Avenue,   Wilkes-Barre, Pennsylvania 18706-1496
12725728       +Sallie Mae,   1002 Arthur Drive,   Lynn Haven, FL 32444-1683
12725729       +Tcf Banking & Savings,   801 Marquette Ave,   Minneapolis, MN 55402-3475

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2009**                    **Signature:**   _Joseph Speetjens_